UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
APR 1 9 2012
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ex rel. Eric Fields, ) | |
| ) | |
| Relator, ) | |
| ) | |
| vs. ) | Case No. 4-11-CV-001796-RWS |
| ) | |
| BI-STATE DEVELOPMENT AGENCY ) | |
| OF THE MISSOURI-ILLINOIS ) | |
| METROPOLITAN DISTRICT, et al., ) | |
| ) | FILED UNDER SEAL |
| Defendants. ) | |

## ORDER

The Court hereby GRANTS the Relator's motion for voluntary dismissal and dismisses this False Claims Act action upon the following terms that the Court considers proper: the case is dismissed without prejudice pursuant to the Relator's motion for voluntary dismissal and the United States' consent to the Relator's motion to dismiss, in accordance with the False Claims Act, 31 U.S.C. § 3730(b)(1) and Fed. R. Civ. Proc. 41(a)(2).

IT IS FURTHER ORDERED that the relator's complaint, this Order, and all other pleadings and orders in the Court's file other than the Government's memorandum in support of the first application to extend seal period be unsealed.

IT IS SO ORDERED,

This 19th day of April, 2012.

_____
United States District Judge

2